[No. 16652-0-III.   Division Three.   December 15, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ARMANDO DOMINGO SALDIVAR, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 96-1-02077-5, Susan L. Hahn, J., entered May 9, 1997. *Reversed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Sweeney, J

[No. 16708-9-III.   Division Three.   December 15, 1998.]

*In the Matter of the Marriage of* WILLIAM M. ADAMS, *Respondent*, and PENNEY C. ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 95-3-00377-1, Dennis D. Yule, J., entered May 15, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Sweeney, J.

[No. 16938-3-III.   Division Three.   December 15, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MICHAEL NEDELKOVITSCH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-01160-5, Salvatore F. Cozza, J., entered September 22, 1997. *Reversed* by unpublished per curiam opinion.

[No. 16725-9-III.   Division Three.   December 17, 1998.]

*In the Matter of the Disciplinary Proceeding Against* ERIC P. BROWN, D.D.S., *Appellant*, THE DEPARTMENT OF HEALTH, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-2-02108-1, Salvatore F. Cozza, J., entered June 20, 1997. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Brown, J. Now published at 94 Wn. App. 7.